UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

David Mark Phillips,

         Plaintiff,

vs.                                       ORDER ADOPTING REPORT
                                                  AND RECOMMENDATION

Dr. Lori Suvalsky,[1] Acting Co-Chair;
Kevin Roberts, R.N., Co-Chair; Sandy
Anderson, Co-Chair; and Patient Behavior
Committee of the Veterans Administration
Medical Center,

         Defendants.                      Civ. No. 06-406 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

That the Motion of the Defendants to Dismiss the Complaint, or for Judgment on the Pleadings [Docket No. 23], is granted.

Dated: December 19, 2008                     s/James M. Rosenbaum
                                                           Judge James M. Rosenbaum
                                                           United States District Court

---

[1] Although the Complaint spells the Defendant's last name as "Suvulsky," the Defendant advises that the proper spelling is "Suvalsky," and we employ that spelling throughout this Report and Recommendation.